

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: **MOHAMMAD IRFAN**
(Please print)

STREET ADDRESS: **714 HOUSTON DRIVE**

CITY/STATE/ZIP: **CARPENTERSVILLE, ILL, 60110-1518**

PHONE NUMBER: **847-426-3668**

CASE NUMBER: **08CV2720 JUDGE LINDBERG MAG. JUDGE COLE**

_____  5/12/08
Signature                  Date

FILED
MAY 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(Guide to Civil Cases for Litigants Without Lawyers: Page 29)