

**FILED**
MAY 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

MOHAMMAD IRFAN
Plaintiff

v.

CERTIFIED POWER
970 CAMPUS DRIVE, MUNDELEIN
ILL 60060
Defendant(s)

CASE NU 08CV2720
JUDGE LINDBERG
MAG. JUDGE COLE

JUDGE_____

---

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:
I, MOHAMMAD IRFAN, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐Yes ☒No (If "No," go to Question 2)
   I.D. #_____ Name of prison or jail:_____
   Do you receive any payment from the institution? ☐Yes ☐No Monthly amount:_____

2. Are you currently employed? ☒Yes ☐No
   Monthly salary or wages: 2857.60/MO (BEFORE TAX / INS) (12000 DEBIT HOSPITAL/CREDITCARD BILLS)
   Name and address of employer: CERTIFIED POWER 970 CAMPUS DRIVE, MUNDELEIN, ILL 60060  # Ref to Sheet A #3A

   a. If the answer is "No":
      Date of last employment:_____
      Monthly salary or wages:_____
      Name and address of last employer:_____

   b. Are you married? ☒Yes ☐No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages ☒Yes ☐No
      Amount 3677 IN 2007 Received by MOHAMMAD IRFAN (PART TIME SUMMER JOB)

   b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No

(Guide to Civil Cases for Litigants Without Lawyers: Page 40)

Amount _____ Received by _____

c. ☐ Rent payments, ☐ interest or ☒ dividends                                    ☒ Yes          ☐ No
Amount  2.35  4/20/08 Received by  MIRFAN

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                                ☐ Yes          ☒ No
Amount _____ Received by _____

e. ☐ Gifts or ☐ inheritances                                                     ☐ Yes          ☒ No
Amount _____ Received by _____

f. ☐ Any other sources (state source: _____ )                    ☐ Yes          ☒ No
Amount _____ Received by _____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?     ☒ Yes    ☐ No    Total amount: 2500
In whose name held: JOINT ACCOUNT   Relationship to you: HUSBAND/WIFE

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?      ☐ Yes    ☒ No
Property: _____ Current Value: _____
In whose name held: _____ Relationship to you: _____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☒ Yes   ☐ No
Address of property: 714 HOUSTON DRIVE, CARPENTERSVILLE, IL 60110 (RESIDENCE) (BOYS)
Type of property: HOUSE     Current value: 150,000
In whose name held: MY & WIFE    Relationship to you: _____
Amount of monthly mortgage or loan payments: NON
Name of person making payments: N/A

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?    ☒ Yes   ☐ No
Property: ① 1995 CHEVEROLT LUMINA VAN  / 1992 FORD TEMPO
Current value: ① 2000/—  ② 500
In whose name held: M. IRFAN    Relationship to you: SELF

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐ No dependents
SHERAZ IRFAN  (UNDER DOCTOR CARE)  15 YRS (BOY)
SAHIR IRFAN  13 YRS (BOY)         (FULLY SUPPORT)
ROOHI IRFAN WIFE                  (EVERY THING)

| NO | NAME | TOTAL AMOUNT | REASON | PERMONTH |
|---|---|---|---|---|
| 1 | Centegra Heath System, WoodStock | 2200 | Sheraz(son)medical bills | 225/mo |
| 2 | Sears Dental | 2200 | Sheraz Braces work | 175/mo |
| 3 | Amerapan Express | 6500 | To visit mother overseas | 135/mo |
| 5 | Centegra Horizon Behavioral Health system, Crystal Lake | 1600 | Sheraz Doctors Bills | 125/mo |
| 6 | Mchenry Radiologist | 296 | Sheraz hospital MRI | 50/mo |
| | TOTAL | 12796 | | |
| | | | | |
| | | | | |
| | | Mohammad Irfan | | |

#3A

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: __5/12/08__    _____
                    Signature of Applicant

                    __MOHAMMAD IRFAN__
                    (Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(Add all deposits from all sources and then divide by number of months).

_____    _____
DATE            SIGNATURE OF AUTHORIZED OFFICER

                _____
                (Print name)