## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2720 | **DATE** | 6/13/2008 |
| **CASE TITLE** | Mohammad Irfan vs. Certified Power, Inc. | | |

**DOCKET ENTRY TEXT**

Mohammad Irfan's application to proceed in forma pauperis [4] is denied, because he appears to have sufficient income and assets to pay the $350.00 filing fee for this action. Plaintiff's motion for appointment of counsel [5] is denied without prejudice to plaintiff's moving for the appointment of counsel again at such time as the case may become too complex for plaintiff to handle pro se.

Docketing to mail notices.

| | Courtroom Deputy Initials: | slb |
|---|---|---|