FILED

JUN 24 2008
6-24-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

AMENDED
IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

MOHAMMAD IRFAN
Plaintiff

v.

CERTIFIED POWER
970 CAMPUS DRIVE, MUNDELEIN,
Defendant(s)   ILL 60060

CASE NUMBER 08C2720

JUDGE  JUDGE LINDBERG

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, MOHAMMAD IRFAN, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐Yes   ☒No   (If "No," go to Question 2)
   I.D. #_____ Name of prison or jail:_____
   Do you receive any payment from the institution? ☐Yes ☐No Monthly amount:_____

2. Are you currently employed?   ☒Yes   ☐No   ATTACH # 2A
   Monthly salary or wages: 2850 /MO
   Name and address of employer: CERTIFIED POWER, 970 CAMPUS DRIVE MUNDELEIN

   a. If the answer is "No":
      Date of last employment:_____
      Monthly salary or wages:_____
      Name and address of last employer:_____

   b. Are you married?   ☒Yes   ☐No
      Spouse's monthly salary or wages: 304/MO (SHE IS OUT OF WORK NOW)
      Name and address of employer: ARMARK ( PART TIME

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages   ☒Yes   ☐No
      Amount 4200 IN   Received by MOHAMMAD IRFAN
      2007/2008

b. ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☐No
Amount_____ Received by_____

c. ☐ Rent payments, ☐ interest or ☒ dividends    ☒Yes    ☐No
Amount  2.35  Received by  M. IRFAN / ROOHI IRFAN

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
    ☐Yes    ☐No
Amount_____ Received by_____

e. ☐ Gifts or ☐ inheritances    ☐Yes    ☐No
Amount_____ Received by_____

f. ☐ Any other sources (state source:_____)    ☐Yes    ☐No
Amount_____ Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☒Yes    ☐No    Total amount: 2200/−
In whose name held: ROOHI IRFAN    Relationship to you: WIFE

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☒Yes    ☐No
Address of property: 714 HOUSTON DRIVE, CARPENTERSVILLE, ILL. 60110
Type of property: HOUSE    Current value: 150,000
In whose name held: MY & WIFE    Relationship to you:_____
Amount of monthly mortgage or loan payments: NON
Name of person making payments: NON

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
    ☒Yes    ☐No
Property: ① 2004 PONTIAC GTX  ② 95 CHEVY VAN  ③ 92 FORD TEMPO
Current value: 8000/−
In whose name held: MY & WIFE    Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐ No dependents
(SON) SHERAZ IRFAN 15 YRS UNDER DOCTOR FOR TREATMENT (DEP.)
(SON) SAHIR IRFAN 14 YRS
WIFE ROOHI IRFAN (OUT OF WORK)  FULLY SUPPORT BY ME

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 6/24/08

_____
Signature of Applicant

MOHAMMAD IRFAN
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts</u>. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution)_____.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

_____          _____
DATE                              SIGNATURE OF AUTHORIZED OFFICER

                                  _____
                                  (Print name)

rev. 10/10/2007

| NO | CREDITOR | TOTAL AMOUNT | PER MONTH | | DETAILS |
|---|---|---|---|---|---|
| | | AS OF 6/23/08 MONTHLY EXPENSES FOR IRFAN FAMILY ( 4 MEMEBERS) | | | |
| 1 | MEADOW CREDIT UNION | 5045/TOTAL | | 224 | SHERAZ (SON) CAR |
| 2 | CENTEGRA BEHAVIORAL | 1434/TOTAL | | 120 | SHERAZ (SON) DOCTORS VST. |
| 3 | CENTEGRA HEALTH SYS. | 2185/TOTAL | | 150 | SHERAZ (SON) HOSPITAL STAY |
| 4 | CHASE HEATH ADVANCE | 2123/TOTAL | | 155 | SHERAZ(SON) BRACES @SEARS |
| 5 | AMERICAN EXPRESS | 6400/TOTAL | | 150 | VISIT SICK MOTHER OVERSEAS |
| 6 | PROPERTY TAX | 2366/YEAR | | 200 | AVRG.PER MONTH |
| 7 | AUTO INSURANCE | 1500/YEAR | | 125 | 3 CAR INSURANCE |
| 8 | GAS FOR THE CARS | 400/MONTH | | 400 | 3 CARS GAS |
| 9 | WATER BILL | 100/3-MONTH | | 33 | HOUSE WATER |
| 10 | HOUSE INSURANCE | 725/YEAR | | 60 | HOME INSURANCE |
| 11 | FOOD FOR 4 OF US | 800/MONTH | | 800 | 200/WEEK,(50/PERSON) |
| 12 | ELECTRIC BILL | 55/MONTH | | 55 | FOR HOUSE |
| 13 | PHONE / CABLE | 75/MONTH | | 75 | INTERNET /PHONE |
| 14 | NI-COR GAS | 75/MONTH | | 75 | HEATING GAS |
| 15 | CLOTH/SHOES/MAKEUP | 100/MONTH | | 100 | FOR FOUR OF US |
| 16 | HEALTH INSURANCE | 180/MONTH | | 180 | PAY AT WORK BY ME |
| 17 | AUTO REPAIRS | 1500 /YEAR | 125/MONTH | | 3 CARS,92 ,95,2004 |
| 18 | HEALTH INSURANCE | 3000/YEAR | | 250 | MEDIAL INS.DEDUCT PER YEAR |
| 19 | HOUSE MAINTNANCE | 5000/YEAR | | 400 | NEED BATH ROOM.CARPET.IT IS 30 YEARS OLD,NEED TO REPLACE (WIFE TESTS ) |
| | TOTAL AMOUNT PAID BY ME PER MONTH | | | | 3667 |
| | TOTAL LOAN AT THIS POINT 17200.00,BESIDE THE OTHER EXPENSES | | | | |