F I L E D
6-24-2008
JUN 2 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) MOHAMMAD IRFAN )
  )
  ) Case Number: 08C 2720
 V. )
  ) Judge: JUDGE LINDBERG
Defendant(s) )
CERTIFIED POWER

AMENDED
MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, MOHAMMAD IRFAN, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]:
   TALK TO THE ATTORNEY, ASKING FEES WERE BEYOND MY LIMIT I CAN NOT AFFORD.

3. In further support of my motion, I declare that (check appropriate box):
   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [X] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_____        714 HOOSTON DRIVE
Movant's Signature                  Street Address

6/24/08                             CARPENTERSVILLE, ILL. 60110
Date                                City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| Assigned Judge: | _____ | Case Number: | _____ |
|---|---|---|---|

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

| Assigned Judge: | _____ | Case Number: | _____ |
|---|---|---|---|

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

| Assigned Judge: | _____ | Case Number: | _____ |
|---|---|---|---|

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

| Assigned Judge: | _____ | Case Number: | _____ |
|---|---|---|---|

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

#3A

AS OF 6/23/08   MONTHLY EXPENSES FOR   IRFAN FAMILY ( 4 MEMEBERS)

| NO | CREDITOR | TOTAL AMOUNT | PER MONTH | | DETAILS |
|---|---|---|---|---|---|
| 1 | MEADOW CREDIT UNION | 5045/TOTAL | | 224 | SHERAZ (SON) CAR |
| 2 | CENTEGRA BEHAVIORAL | 1434/TOTAL | | 120 | SHERAZ (SON) DOCTORS VST. |
| 3 | CENTEGRA HEALTH SYS. | 2185/TOTAL | | 150 | SHERAZ (SON) HOSPITAL STAY |
| 4 | CHASE HEATH ADVANCE | 2123/TOTAL | | 155 | SHERAZ(SON) BRACES @SEARS |
| 5 | AMERICAN EXPRESS | 6400/TOTAL | | 150 | VISIT SICK MOTHER OVERSEAS |
| 6 | PROPERTY TAX | 2366/YEAR | | 200 | AVRG.PER MONTH |
| 7 | AUTO INSURANCE | 1500/YEAR | | 125 | 3 CAR INSURANCE |
| 8 | GAS FOR THE CARS | 400/MONTH | | 400 | 3 CARS GAS |
| 9 | WATER BILL | 100/3-MONTH | | 33 | HOUSE WATER |
| 10 | HOUSE INSURANCE | 725/YEAR | | 60 | HOME INSURANCE |
| 11 | FOOD FOR 4 OF US | 800/MONTH | | 800 | 200/WEEK,(50/PERSON) |
| 12 | ELECTRIC BILL | 55/MONTH | | 55 | FOR HOUSE |
| 13 | PHONE / CABLE | 75/MONTH | | 75 | INTERNET /PHONE |
| 14 | NI-COR GAS | 75/MONTH | | 75 | HEATING GAS |
| 15 | CLOTH/SHOES/MAKEUP | 100/MONTH | | 100 | FOR FOUR OF US |
| 16 | HEALTH INSURANCE | 180/MONTH | | 180 | PAY AT WORK BY ME |
| 17 | AUTO REPAIRS | 1500 /YEAR | 125/MONTH | | 3 CARS,92 ,95,2004 |
| 18 | HEALTH INSURANCE | 3000/YEAR | | 250 | MEDIAL INS.DEDUCT PER YEAR |
| 19 | HOUSE MAINTNANCE | 5000/YEAR | | 400 | NEED BATH ROOM.CARPET.IT IS 30 YEARS OLD,NEED TO REPLACE (WIFE TESTS ) |
| | TOTAL AMOUNT PAID BY ME PER MONTH | | | | 3667 |

TOTAL LOAN AT THIS POINT 17200.00,BESIDE THE OTHER EXPENSES

3/3

The case involve lot of paper work and it is complicated for me to handle and I like to have the court appoint an attorney, so these papers be look & given to defendant. I am afraid that I might do some thing that is not suppose to given to defendant unless attorney look at it.

I am unable to afford attorney due to financial situation and attach. My older son goes to special education school.

[signature]
6/24/08