# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2720 | **DATE** | 6/26/2008 |
| **CASE TITLE** | Mohammad Irfan vs. Certified Power, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's amended application (7) for leave to proceed in forma pauperis is granted. Plaintiff's motion for appointment of counsel (8) is denied without prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|