

**RECEIVED**

MAY 12 2008

MAY 1 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
_____DIVISION  KC

**FILED**

**JUNE 26, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MOHAMMAD IRFAN
_____
(Name of the plaintiff or plaintiffs)

V.

CERTIFIED PoweR Inc.
_____

_____
(Name of the defendant or defendants)

CIVIL ACTION

**08CV2720**
**JUDGE LINDBERG**
**MAG. JUDGE COLE**

COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is MOHAMMAD IRFAN of the county of KANE in the state of ILL.

3. The defendant is CERTIFIED PoweR, who

   resides at (street address) 970 CAMPuS DRIVE

   (city) MONDELEIN (county) LAKE (state) ILL (ZIP) 60060

   (Defendant's telephone number) (847) - 573-3818

13. The facts supporting the plaintiff's claim of discrimination are as follows:

*CPI has on going pervasive racial discrimination by promoting white employes for rapid advancement while decipliong one more severely in writing & verbal that is my file. I denied medical attention what white given cause cause injury that is still under treatment* → "*WILL CONTINUE TO ADD ON*" *after attorney consultation*

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check all that apply]

(a) ☐    Direct the defendant to hire the plaintiff.

(b) ☐    Direct the defendant to re-employ the plaintiff.

(c) ☒    Direct the defendant to promote the plaintiff.

(d) ☐    Find that the defendant failed to reasonably accommodate the plaintiff's religion.

(e) ☐    Find that the defendant failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒    Direct the defendant to (specify): *to provid tempt. control area when tempt set to 60 & door open while outside tempt is in 50°, office area is set to 72° and we should set 2 degree more than office. Provid automation system for crimping & stripping that is causing injury. Provide enclose area for weld so no odar/spark fly that is causing hard to breath ---* → ("*WILL CONTINUE TO ADD ON*" *after attorney consultation*

(g) ☒    If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(Guide to Civil Cases for Litigants Without Lawyers: Page 46)

9. The defendant discriminated against the plaintiff because of the plaintiff's [check all that apply]

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(c) ☐ Disability (Americans with Disabilities Act)

(d) ☒ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☒ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. The plaintiff is suing the defendant, a state or local government agency, for discrimination on the basis of race, color, or national origin (42 U.S.C. §1983).

☒ YES    ☐ NO

11. Jurisdiction over the statutory violation alleged is conferred as follows: over Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); over 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; over the A.D.E.A. by 42 U.S.C.§12117.

12. The defendant [check all that apply]

(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☒ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ other (specify): Plaintiff was told by VP on 2/7/06 that I do not have Computer Skill, while Plaintiff is MCSE/MCP/ A+ and also College-level education (all in file) Plaintiff's also have 8 years with this Company and have 30 years experience in manufacturing, while whites been trained for this job with no experience in electronic and I was denied.
→ "Will Continue to Add on" after a attorney Consultation

(Guide to Civil Cases for Litigants Without Lawyers: Page 45)

4) The plaintiff sought employment or was employed by the defendant at

(street address) *970 CAMPUS DRIVE*

(city) *MONDELEIN* (county) *LAKE* (state) *ILL* (ZIP code) *60060*

5. The plaintiff [check one box]

(a) ☐ was denied employment by the defendant.

(b) ☒ was hired and is still employed by the defendant.

(c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

(month) *MAY* , (day) *11* , (year) *2005*.

7. (a) The plaintiff [check one box] ☐ *has not* filed a charge or charges against the defendant ☒ *has*

asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

(i) ☒ the United States Equal Employment Opportunity Commission on or about (month) *FEB* (day) *13* (year) *2006*

(ii) ☐ the Illinois Department of Human Rights on or about (month)_____ (day)_____ (year)_____ .

(b)    If charges *were* filed with an agency indicated above, a copy of the charge is

attached.    ☒ YES    NO

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

8. (a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) *FEB* (day) *17* (year) *2008* a copy of which *Notice* is attached to this complaint.

(Guide to Civil Cases for Litigants Without Lawyers: Page 44)

(h) ☒    Grant such other relief as the Court may find appropriate.

(Plaintiff's signature) _____

(Plaintiff's name) _____MOHAMMAD  IRFAN_____

(Plaintiff's street address) ___714 HOUSTON DRIVE___

_____

(City) CARPENTERSVILLE (State) ILL (ZIP) 60110

(Plaintiff's telephone number) 847) – 426·3668

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Mohammad Irfan<br>714 Houston Drive<br>Carpentersville, IL 60110<br><br>CERTIFIED MAIL 7099 3400 0014 4054 0125 | From: Chicago District Office<br>500 West Madison St<br>Suite 2800<br>Chicago, IL 60661 |

☐ On behalf of person(s) aggrieved whose identity is
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2006-01766 | Karen Lanners,<br>Investigator | (312) 353-0902 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____
John P. Rowe,
**District Director**

2/15/2007
*(Date Mailed)*

Enclosures(s)

cc:    CERTIFIED POWER INC.

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | | ☐ FEPA<br>☒ EEOC | 440-2006-01766 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)*<br>Mr. Mohammad Irfan | Home Phone *(Incl. Area Code)*<br>(847) 426-3668 | Date of Birth<br>05-06-1951 |
|---|---|---|

Street Address: 714 Houston Drive, Carpentersville, IL 60110 — City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>CERTIFIED POWER INCORPORATED | No. Employees, Members<br>201 - 500 | Phone No. *(Include Area Code)*<br>(847) 573-3911 |
|---|---|---|

Street Address: 970 Campus Drive, Mundelein, IL 60060 — City, State and ZIP Code

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|

Street Address — City, State and ZIP Code

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE   ☐ COLOR   ☐ SEX   ☒ RELIGION   ☒ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 05-11-2005   Latest: 05-11-2005
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am an Electronic Technician and began my employment with Respondent in March 2000. On or about May 11, 2005, I found out that Respondent had placed a less qualified, less experienced, White, non-Islam and non-Pakistani, in the Operations Manager position. Respondent did not post the available position, subsequently I was not afforded the opportunity to apply.

I believe I was discriminated against based on my race, Asian, my national origin, Pakistani, and my religion, Islam (Sunni), in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC

FEB 1 3 2006

CHICAGO DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>Feb 13, 2006 — *Date*<br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |