# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2720 | **DATE** | 7/28/2008 |
| **CASE TITLE** | Irfan vs. Certified Power Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing set for 9/3/2008 at 9:30a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|